IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAIL GRAY, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF CHICAGO MEDICAL CENTER, INC.,<br><br>        Defendant. | No. 1:19-cv-04229<br><br>Judge Robert M. Dow, Jr. |

**DEFENDANT THE UNIVERSITY OF CHICAGO MEDICAL CENTER'S
MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION**

      Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendant The University of Chicago Medical Center ("UCMC") moves to dismiss the First Amended Complaint filed by Plaintiff Gail Gray for lack of subject-matter jurisdiction. In support hereof, UCMC is contemporaneously filing a supporting Memorandum of Law. WHEREFORE, UCMC respectfully requests the Court to grant this motion and enter an order dismissing the First Amended Complaint with prejudice and granting such other relief as the Court deems appropriate.

Dated: July 31, 2019                                        Respectfully submitted,

                                                                 THE UNIVERSITY OF CHICAGO
                                                                 MEDICAL CENTER

                                                                 By: /s/ Joseph A. Strubbe

>Joseph A. Strubbe
>Frederic T. Knape
>Zachary J. Watters
>Vedder Price P.C.
>222 North LaSalle Street
>Chicago, Illinois 60601
>312/609-7500
>jstrubbe@vedderprice.com
>fknape@vedderprice.com
>zwatters@vedderprice.com
>
>*Counsel for Defendant The University of Chicago Medical Center, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that the foregoing **Defendant The University of Chicago Medical Center's Motion to Dismiss for Lack of Subject-Matter Jurisdiction** was electronically filed with the Clerk of Court on July 31, 2019 using the CM/ECF system that will send notification of the filing to all parties of record.

/s/ Joseph A. Strubbe