IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAIL GRAY, individually, and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | No. 1:19-cv-04229 |
| THE UNIVERSITY OF CHICAGO MEDICAL CENTER, INC., | Judge Robert M. Dow, Jr. |
| Defendant. | |

## DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT FOR LACK FO SUBJECT MATTER JURISDICTION

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendant The University of Chicago Medical Center ("UCMC") moves to dismiss the Second Amended Complaint filed by Plaintiff Gail Gray ("Plaintiff") for lack of subject matter jurisdiction. In support hereof, UCMC is contemporaneously filing a supporting Memorandum of Law.

WHEREFORE, UCMC respectfully requests the Court to grant this motion and enter an order dismissing the Second Amended Complaint with prejudice and granting such other relief as the Court deems appropriate.[1]

Respectfully submitted,

THE UNIVERSITY OF CHICAGO
MEDICAL CENTER

By: /s/ Joseph A. Strubbe

---

[1] UCMC is contemporaneously filing a separate motion to dismiss or, alternatively, to strike pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f). Before addressing those pleading deficiencies, the Court should first determine whether dismissal is warranted for lack of subject matter jurisdiction by setting a briefing schedule on this motion and entering and continuing the other motion, which the Court had done previously when UCMC moved to dismiss the First Amended Complaint [24].

        Joseph A. Strubbe
        Frederic T. Knape
        Zachary J. Watters
        Vedder Price P.C.
        222 North LaSalle Street
        Chicago, Illinois 60601
        312/609-7500
        jstrubbe@vedderprice.com
        fknape@vedderprice.com
        zwatters@vedderprice.com

        *Counsel for Defendant The University of Chicago Medical Center*

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that the foregoing **Defendant's Motion to Dismiss Second Amended Complaint for Lack of Subject Matter Jurisdiction** was electronically filed with the Clerk of Court on August 11, 2020 using the CM/ECF system that will send notification of the filing to all parties of record.

/s/ Joseph A. Strubbe