**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAIL GRAY, individually, ) <br> and on behalf of all others similarly situated, ) <br> ) <br> Plaintiff, ) <br> ) Case No. 1:19-cv-04229 <br> v. ) <br> ) Honorable Robert M. Dow <br> THE UNIVERSITY OF CHICAGO MEDICAL ) <br> CENTER, INC., ) <br> ) <br> Defendant. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and pursuant to the Parties' Confidential Settlement Agreement and Release, Plaintiff, Gail Gray, individually and on behalf of all others similarly situated, by and through undersigned counsel, hereby voluntarily dismisses her claims against Defendant The University of Chicago Medical Center, Inc., with prejudice.

Dated: January 5, 2021                                   Respectfully submitted,

                                                         /s/ Catherine T. Mitchell

                                                         Ryan F. Stephan
                                                         Catherine T. Mitchell
                                                         **STEPHAN ZOURAS, LLP**
                                                         100 N. Riverside Plaza, Suite 2150
                                                         Chicago, Illinois 60606
                                                         312-233-1550
                                                         rstephan@stephanzouras.com
                                                         cmitchell@stephanzouras.com

                                                         **ATTORNEYS FOR PLAINTIFF**

                                                         /s/ Joseph A. Strubbe

                                                         Joseph A. Strubbe

1

Frederic T. Knape
Zachary J. Watters
**VEDDER PRICE, P.C.**
222 North LaSalle Street
Chicago, Illinois 60601
(312) 609-7500
jstrubbe@vedderprice.com
fknape@vedderprice.com
zwatters@vedderprice.com

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I, the attorney, hereby certify that on January 5, 2021, I filed the attached with the Clerk of the Court using the ECF system, which will send such filing to all attorneys of record.

                                                          */s/ Catherine T. Mitchell*