UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Gail Gray

Plaintiff,

v.

Case No.: 1:19−cv−04229

Honorable Robert M. Dow Jr.

The University of Chicago Medical Center, Inc.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 6, 2021:

MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the stipulation of dismissal [77] filed on 1/5/2021, this action dismissed with prejudice. All pending motions are stricken as moot. Civil case terminated. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.